IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
MAY 31 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ARTHUR MACDOUGALL,
        Plaintiff,
v.

DITECH FINANCIAL, LLC, et al

        Defendants.

Civil Action No. 2:17cv00005-RAJ-DEM

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, ARTHUR MACDOUGALL, and the Defendant, EQUIFAX INFORMATION SERVICES, LLC, by counsel, and hereby moves the Court to dismiss with prejudice all claims <u>only against</u> EQUIFAX INFORMATION SERVICES, LLC in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint <u>only against</u> EQUIFAX INFORMATION SERVICES, LLC is DISMISSED with prejudice.

Entered this  30TH  day of MAY, 2017.

Raymond A. Jackson
United States District Judge
Raymond A. Jackson
United States District Judge

WE ASK FOR THIS:

_____
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com
*Counsel for Plaintiff*

_____
John W. Montgomery, Jr., VSB #37149
TRAYLOR MONTGOMERY & ELLIOTT PC
130 E Wythe St
Petersburg, VA 23803
(804) 861-1122 – Telephone
(8044) 733-6022 – Facsimile
E-mail: jmontgomery@tmande.com
*Counsel for Equifax Information Services, LLC.*