IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ARTHUR MACDOUGALL, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 2:17cv00005-RAJ-DEM |
| ) | |
| DITECH FINANCIAL, LLC, et al ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, ARTHUR MACDOUGALL, and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., by counsel, and hereby moves the Court to dismiss with prejudice all claims only against EXPERIAN INFORMATION SOLUTIONS, INC., in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint only against EXPERIAN INFORMATION SOLUTIONS, INC., is DISMISSED with prejudice.

Entered this ___ day of JULY, 2017.

_____
Raymond A. Jackson
United States District Judge
Raymond A. Jackson
United States District Judge

WE ASK FOR THIS:

_____
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com
*Counsel for Plaintiff*

_____
David N. Anthony, VSB #31696
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
(804) 697-5410 – Telephone
(804) 698-5118 – Facsimile
E-mail: david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*