IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| ARTHUR MACDOUGALL, | ) | |
|           Plaintiff, | ) | |
| v. | ) | Civil Action No. 2:17cv00005-RAJ-DEM |
| | ) | |
| DITECH FINANCIAL, LLC, et al | ) | |
| | ) | |
|           Defendants. | ) | |
| | ) | |

**DISMISSAL ORDER**

THIS DAY CAME the Plaintiff, ARTHUR MACDOUGALL, and the Defendant, DITECH FINANCIAL, LLC, by counsel, and hereby moves the Court to dismiss with prejudice all claims against DITECH FINANCIAL, LLC, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against DITECH FINANCIAL, LLC, is DISMISSED with prejudice.

Entered this __17th__ day of AUGUST, 2017.

/s/
_____
Raymond A. Jackson
United States District Judge

WE ASK FOR THIS:

_____
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com
*Counsel for Plaintiff*

_____
Ethan G. Ostroff, VSB # 71610
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
(757) 687-7541 – Telephone
(757) 687-1541 – Facsimile
E-mail: ethan.ostroff@troutmansanders.com
*Counsel for Ditech Financial, LLC*